IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THE KNIT WITH, | : | |
|---|---|---|
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| KNITTING FEVER, INC., DESIGNER YARNS, LTD., FILATURA PETTINATA V.V.G. DI STEFANO VACCARI & C., SION ELALOUF, DIANE ELOUF, JEFFREY J. DENECKE, JR., JAY OPPERMAN, and DEBBIE BLISS, | : | NO. 08-4221 |
| Defendants. | : | |

| THE KNIT WITH, | : | |
|---|---|---|
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EISAKU NORO & CO., LTD., KNITTING FEVER, INC., SION ELALOUF, DIANE ELALOUF, and JAY OPPERMAN, | : | NO. 08-4775 |
| Defendants. | : | |

## **ORDER**

AND NOW, this *27th* day of *April*, 2011, upon consideration of Plaintiff The Knit With's Motion for Partial Summary Judgment against Defendant Knitting Fever, Inc. on Counts One and Two of the Consolidated Complaints (Docket No. 235) and the Response of Defendant Knitting Fever, Inc. (Docket No. 241), it is hereby **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that within fourteen (14) days from the date of this Order, the parties shall submit to the Court an agreed-upon schedule setting forth dates for completion of fact and expert discovery, pre-trial submissions, and entry into the trial pool.

It is so **ORDERED**.

BY THE COURT:

 */s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.